ZEITZ & STEIN, L.L.C.
*ATTORNEYS AT LAW*
201 Barclay Pavilion West
Cherry Hill, New Jersey 08034
(856) 857-1222 Cfax (856) 857-1234

| | |
|---|---|
| Gary C. Zeitz ▫ | Pennsylvania Office: |
| Robert W. Stein ▫ | 217 Ryers Avenue |
| Robin I. London-Zeitz ▫ | Cheltenham, PA 19012 |
| | (215) 379-1444 |
| ▫ Also Admitted in Pennsylvania | (215) 379-1992 fax |

October 19, 2009

Honorable Judith H. Wizmur
U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08101

    **RE:** **WILLIAM FRANK BUSCH, JR. AND PATRICIA LYNNE BUSCH**
         *Case No. 08-27578/JHW*
         *Our Reference: 246215*

Dear Judge Wizmur:

    This office serves as counsel to U.S. Bank-Cust/Sass Muni V dtr ("MD Sass") with respect to the above matter. Please note that MD Sass withdraws its proof of claim dated October 30, 2008 in the sum of $19,342.22 with respect to the above referenced matter.

    Thank you for your time and attention to this matter.

                                Very truly yours,
                                /s/ Robin London-Zeitz
                                ROBIN LONDON-ZEITZ

RLZ/mbp
Enclosures
cc:    Ronald E. Norman, Esquire
        Isabel C. Balboa, Trustee
        MD Sass Municipal Finance Partners-V, LLC