## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE DIVISION

In re:

    WILLIAM BUSCH, JR.
    PATRICIA BUSCH
        Debtor(s)

Case No. 08-27578-JHW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Isabel C. Balboa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)   The case was filed on 09/15/2008.

    2)   The plan was confirmed on 01/28/2009.

    3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

    4)   The trustee filed action to remedy default by the debtor in performance under the plan on 10/15/2009, 11/10/2010.

    5)   The case was Dismissed on 03/25/2011.

    6)   Number of months from filing to last payment: 23.

    7)   Number of months case was pending: 32.

    8)   Total value of assets abandoned by court order:  NA .

    9)   Total value of assets exempted: $13,654.00.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | $13,070.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$13,070.00** |

**Expenses of Administration:**

| | | |
|---|---|---:|
| Attorney's Fees Paid Through the Plan | $4,662.76 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,097.82 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,760.58** |

Attorney fees paid and disclosed by debtor: $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS | Secured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Secured | NA | NA | NA | 0.00 | 0.00 |
| AMO RECOVERIES* | Secured | NA | NA | NA | 0.00 | 0.00 |
| AMO RECOVERIES* | Secured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Secured | NA | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Secured | NA | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 2,877.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE* | Secured | NA | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE* | Secured | NA | NA | NA | 0.00 | 0.00 |
| BB & T BANKRUPTCY SECTION | Secured | NA | NA | NA | 0.00 | 0.00 |
| BB & T BANKRUPTCY SECTION | Secured | NA | NA | NA | 0.00 | 0.00 |
| BB & T BANKRUPTCY SECTION | Unsecured | 3,252.00 | NA | NA | 0.00 | 0.00 |
| BB & T BANKRUPTCY SECTION | Secured | NA | 2,382.31 | 0.00 | 0.00 | 0.00 |
| CACH, LLC | Unsecured | 8,865.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL 1 BK | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL 1 BK | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 9,829.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 1,817.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 1,392.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |
| Chase | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE NA | Secured | NA | NA | NA | 0.00 | 0.00 |
| CIT BANK/DFS | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITI | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITI | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITI | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK / SEARS* | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK / SEARS* | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK* | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK* | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 10,056.00 | 10,056.49 | 10,056.49 | 1,454.99 | 0.00 |
| eCAST SETTLEMENT CORPORATION | Unsecured | 1,044.81 | 1,817.83 | 1,817.83 | 263.01 | 0.00 |
| eCAST SETTLEMENT CORPORATION | Unsecured | 10,848.00 | 10,848.57 | 10,848.57 | 1,569.59 | 0.00 |
| FIA CARD SERVICES, N.A. | Unsecured | 8,217.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES, N.A. | Secured | NA | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK - CHASE* | Secured | NA | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK - CHASE* | Secured | NA | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK - CHASE* | Secured | NA | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK - CHASE* | Secured | NA | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK - CHASE* | Secured | NA | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK N A | Secured | NA | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK NA | Secured | NA | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK NA | Secured | NA | NA | NA | 0.00 | 0.00 |
| FLEET CREDIT CARD SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| FST USA BK B | Secured | NA | NA | NA | 0.00 | 0.00 |
| FST USA BK B | Secured | NA | NA | NA | 0.00 | 0.00 |
| FST USA BK B | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GECCCC | Secured | NA | NA | NA | 0.00 | 0.00 |
| GECCCC | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Secured | 452,531.00 | 453,132.42 | 0.00 | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SERVIC | Secured | NA | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SERVIC | Secured | NA | NA | NA | 0.00 | 0.00 |
| HSBC/SEAMN | Secured | NA | NA | NA | 0.00 | 0.00 |
| JC PENNEY* | Secured | NA | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING, L.L.C. | Secured | NA | NA | NA | 0.00 | 0.00 |
| MONOGRAM BANK N AMERICA | Secured | NA | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Secured | NA | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Secured | NA | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Secured | NA | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Secured | NA | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Secured | NA | NA | NA | 0.00 | 0.00 |
| NOVACARE REHABILITATION, INC. | Unsecured | 190.00 | 190.00 | 190.00 | 27.50 | 0.00 |
| NUVELL CREDIT COMPANY, LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY, LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING, LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING, LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING, LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING, LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| PNC BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| PNC BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| PNC BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| PNC BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| PNC BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| PNC BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| PNC BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| PNC BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| PNC BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, L | Unsecured | 1,004.00 | 1,004.68 | 1,004.68 | 145.36 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, L | Unsecured | 3,742.00 | 3,912.50 | 3,912.50 | 566.07 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, L | Unsecured |  | 8,865.22 | 8,865.22 | 1,282.63 | 0.00 |
| RBS CITIZENS BANK | Unsecured | 3,017.00 | NA | NA | 0.00 | 0.00 |
| RBS CITIZENS BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| RBS CITIZENS BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| RBS CITIZENS BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| RONALD E. NORMAN | Secured | NA | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING, LLC | Unsecured | 718.00 | 718.79 | 718.79 | 103.99 | 0.00 |
| ROUNDUP FUNDING, LLC | Unsecured | 1,794.00 | 1,794.14 | 1,794.14 | 259.58 | 0.00 |
| SEARS MC | Secured | NA | NA | NA | 0.00 | 0.00 |
| SEARS* | Secured | NA | NA | NA | 0.00 | 0.00 |
| SEARS* | Unsecured | 4,949.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Secured | NA | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Secured | NA | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Secured | NA | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SEARS/CBSD | Secured | NA | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Secured | NA | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Secured | NA | NA | NA | 0.00 | 0.00 |
| THE LIMITED* | Secured | NA | NA | NA | 0.00 | 0.00 |
| TOWNSHIP OF EGG HARBOR | Secured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| U.S. BANK-CUST/SASS MUNI V DTR | Secured | NA | 19,342.22 | 1,636.70 | 1,636.70 | 0.00 |
| VICTORIA'S SECRET* | Secured | NA | NA | NA | 0.00 | 0.00 |
| VICTORIA'S SECRET* | Secured | NA | NA | NA | 0.00 | 0.00 |
| VICTORIA'S SECRET* | Secured | NA | NA | NA | 0.00 | 0.00 |
| WACH BNK/DOVENMUEHLE | Secured | NA | NA | NA | 0.00 | 0.00 |
| WACH BNK/DOVENMUEHLE | Secured | NA | NA | NA | 0.00 | 0.00 |
| WACH BNK/DOVENMUEHLE | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB / EXPRESS* | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB / NEW YORK & COMPANY* | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB / NEW YORK & COMPANY* | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB / NEW YORK & COMPANY* | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB / THE LIMITED* | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB / THE LIMITED* | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRES | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS* | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/LIMITED | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/LMITED | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/LMITED | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/NEW YORK & COMPA | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/NEW YORK & COMPA | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/NEW YORK & COMPA | Secured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/VICTORIAS SECRET | Secured | NA | NA | NA | 0.00 | 0.00 |
| ZWICKER & ASSOCIATES, P.C. | Unsecured | 1,004.68 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,636.70 | $1,636.70 | $0.00 |
| **TOTAL SECURED:** | **$1,636.70** | **$1,636.70** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$39,208.22** | **$5,672.72** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,760.58 |
| Disbursements to Creditors | $7,309.42 |
| **TOTAL DISBURSEMENTS** : | **$13,070.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/10/2011                    By: /s/ Isabel C. Balboa
                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**